| QTR 1 | \tOctober 1, 2017-December 31st, 2017 | |
|---|---|---|
| Type of Case | Count | Sum |
| EEO | 37 | $691,376.14 |
| MSPB | 2 | $ 138,173.13 |
| OSC | | Data Pending |
| FLRA | 2 | $ 13,490.64 |
| DABS | | 0 |
| Union Grievances | 91 | $ 360,805.60 |

| QTR 2 | Jan 1st, 2018-March 31st 2018 | |
|---|---|---|
| Type of Case | Count | Sum |
| EEO | 50 | $ 582,476.00 |
| MSPB | 4 | $ 127,800.00 |
| OSC | | Data Pending |
| FLRA | 1 | $ 30,128.00 |
| DABS | | 0 |
| Union Grievances | 16 | $ 45,387.32 |

| QTR 3 | April 1st, 2018- June 30th, 2018 | |
|---|---|---|
| Type of Case | Count | Sum |
| EEO | 72 | $ 702,529.98 |
| MSPB | 1 | $ 11,519.25 |
| OSC | | Data Pending |
| FLRA | 1 | $ 394.73 |
| DABS | 1 | $ 22,645.75 |
| Union Grievances | 3 | $ 88,217.10 |

**DABS (Disciplinary Appeals Board

| QTR 4 | July 1st -September 30th, 2018 | |
|---|---|---|
| Type of Case | Count | Sum |
| EEO | 76 | $ 1,459,714.61 |
| MSPB | | $ 56,500.00 |
| OSC | | Data Pending |
| FLRA | 2 | $ 114.00 |
| DABS | | 0 |
| Union Grievances | 2 | $ 53,874.84 |

# SETTLEMENTS OF ALL EMPLOYEE MATTERS
## SINCE JANUARY 20, 2017

At the direction of Secretary Shulkin, as of July 1, VA now requ[ires] senior level (Assistant Secretary or above) approval for moneta[ry] settlement payments over $5K

| | Count | Sum |
|---|---|---|
| | 160 | $ 4,254,209.7[?] |
| | DATA PENDING** | |
| | DATA PENDING** | |
| | DATA PENDING** | |
| | DATA PENDING** | |
| | DATA PENDING** | |
| | DATA PENDING** | |

**Currently, no central repository exists within the VA. Contacts have been made, and we are planning to store and report on all settlement data from a central repository by the next report on or before 1 December 2017

- VA will establish accountability and transparency around settlements
- Currently, VA pulls and reports data on EEO settlements manually to senior officials weekly
- ORM is building a settlement tracking capability to [report on all settlements...]