IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANN MORGAN | PLAINTIFF |
| v. | CIVIL CASE 1:20-cv-00306-TBM-RHWR |
| DENIS MCDONOUGH, *United States Secretary of Veterans Affairs* | DEFENDANTS |

## ORDER

This matter came before the Court for a Telephonic Discovery Conference on April 29, 2022, to discuss the pending [74] Motion for Extension of Time to Complete Discovery filed by Plaintiff Rebecca Ann Morgan. The Court also considered the outstanding HIPAA Authorization Form and IRS Form 8821, which Plaintiff has refused to sign.

With respect to the pending [74] Motion, Defense counsel advised the Court that it has no objection to the requested extension. Therefore, the Court will grant the [74] Motion and provide Plaintiff an additional thirty (30) days to respond to Defendant's interrogatories.

With respect to the HIPAA Authorization Form and IRS Form 8821, after hearing the arguments of both parties, the Court determined (as stated on the call) that both forms are relevant and discoverable. Therefore, the Court will order Plaintiff to sign and return both forms immediately.

**IT IS, THEREFORE, ORDERED,** that the [74] Motion for Extension of Time to Complete Discovery is **GRANTED**. Plaintiff Rebecca Ann Morgan's responses to Defendant's interrogatories are now **due on or before May 29, 2022.**

**IT IS, FURTHER, ORDERED,** that Plaintiff Rebecca Ann Morgan shall immediately sign and return to Defendant the HIPAA Authorization Form and IRS Form 8821. Plaintiff's deadline for doing so is **May 6, 2022**. No extension will be granted.

**SO ORDERED,** this the 29th day of April 2022.

*s/ Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE